UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN ROBERT DEMOS, JR,

          Petitioner,

   v.

DONALD R HOLBROOK, *et al.*,

          Respondents.

CASE NO. 2:20-cv-01786-RAJ-JRC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

    The Court, having reviewed the report and recommendation of Chief Magistrate Judge J. Richard Creatura (Dkt. # 2), Petitioner's objections to the report and recommendation (Dkt. # 3), and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the report and recommendation.

    (2)    The Clerk is directed to administratively close this matter and to strike any pending motions as moot.

    (3)    The Clerk is directed to send copies of this Order to petitioner and Judge Creatura.

**DATED** this 10th day of November, 2022.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1